B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION (CHICAGO) | Voluntary Petition |
|---|---|

| Name of Debtor (If individual, enter Last, First, Middle): **Thornton, Denise M** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-5196** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **9806 Prarie Ridge Blvd Apt, GB Richmond IL 60071**     ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP CODE |
| County of Residence or of the Principal Place of Business: **McHenry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP CODE | Mailing Address of Joint Debtor (if different from street address):     ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)

- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter.)*

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (4/10)                                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Denise M Thornton** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>Date</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☒  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☒  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (4/10)

Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): **Denise M Thornton** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Denise M. Thornton*
**Denise M Thornton**

X
1-815-713-9998
Telephone Number (If not represented by attorney)
10-18-2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney*

X **Debtor not represented by attorney**

Bar No.

Phone No. _____ Fax No. _____

Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Yekaterina Collazo**
Printed Name and title, if any, of Bankruptcy Petition Preparer

**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**
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**4217 N Blomington Ave, Apt 204**
**Arlington Hts IL 60004**

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Address
X [signature]
10-18-2011
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:    **Denise M Thornton**

Case No. _____

(if known)

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) **UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:    **Denise M Thornton**

Case No. _____

(if known)

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    *Denise M. Thornton*
Denise M Thornton

Date: *10-18-2011*

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  **Denise M Thornton**

Case No.

Chapter     **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $0.00 | | |
| B - Personal Property | No | 4 | $1,390.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $85,593.17 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $1,459.17 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $1,426.00 |
| TOTAL | | 24 | $1,390.00 | $85,593.17 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re  **Denise M Thornton**

Case No.

Chapter  **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | $0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $1,459.17 |
| Average Expenses (from Schedule J, Line 18) | $1,426.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $2,020.27 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $85,593.17 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $85,593.17 |

B6A (Official Form 6A) (12/07)

In re  **Denise M Thornton**                                        Case No. _____

                                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | **Total:** | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Denise M Thornton**                                    Case No. _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | - | $20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account | - | $80.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security Rent deposit | - | $350.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Furniture, old TV, computer | - | $500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 15 cds | - | $10.00 |
| 6. Wearing apparel. | | clothing | - | $400.00 |
| 7. Furs and jewelry. | | Jewelry | - | $30.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Denise M Thornton**                                    Case No. _____
                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---|
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1).  Give particulars.  (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Denise M Thornton**                                             Case No. _____

                                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1994 Chysler Plymouth Voyager 194,764 miles | - | $800.00 |
| 26. Boats. motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Denise M Thornton**                                    Case No. _____
                                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____3_____ continuation sheets attached                      Total >        $2,190.00

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **Denise M Thornton**

Case No. _____
(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)

☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Cash | | $20.00 | $20.00 |
| checking account | | $80.00 | $80.00 |
| Security Rent deposit | | $350.00 | $350.00 |
| Furniture, old TV, computer | | $500.00 | $500.00 |
| 15 cds | | $10.00 | $10.00 |
| clothing | | $400.00 | $400.00 |
| Jewelry | | $30.00 | $30.00 |
| 1994 Chysler Plymouth Voyager 194,764 miles | | $800.00 | $800.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment.* | | $2,190.00 | $2,190.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Denise M Thornton**

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| N/A | Real Property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1. | Cash on hand. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records..... | $10.00 | $0.00 | $10.00 | $0.00 | $10.00 |
| 6. | Wearing apparel. | $50.00 | $0.00 | $50.00 | $0.00 | $50.00 |
| 7. | Furs and jewelry. | $30.00 | $0.00 | $30.00 | $0.00 | $30.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Education IRAs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Interests in IRA, ERISA, Keogh... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Stock and interests in incorporated... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Denise M Thornton**

CASE NO

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

### Exemption Totals by Category:
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|---------------------|------------------------|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles... | $800.00 | $0.00 | $800.00 | $0.00 | $800.00 |
| 26. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $500.00 | $0.00 | $500.00 | $0.00 | $500.00 |
| 29. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Animals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$1,390.00** | **$0.00** | **$1,390.00** | **$0.00** | **$1,390.00** |

### Surrendered Property:
The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|----------------------|--------------|------|--------|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

### Non-Exempt Property by Item:
The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|----------------------|--------------|------|--------|-------------------|
| **Real Property** | | | | |
| (None) | | | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Denise M Thornton**

CASE NO

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Personal Property**

| | | | |
|---|---|---|---|
| 15 cds | $10.00 | $10.00 | $10.00 |
| clothing | $50.00 | $50.00 | $50.00 |
| necklace | $30.00 | $30.00 | $30.00 |
| 1994 Chysler Plymouth Voyager 194,764 miles | $800.00 | $800.00 | $800.00 |
| Tv, computer, coach, table, bed | $500.00 | $500.00 | $500.00 |
| **TOTALS:** | **$1,390.00** | **$0.00** | **$1,390.00** | **$1,390.00** |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$1,390.00** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$1,390.00** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$0.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$0.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$1,390.00** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$1,390.00** |
| J.  Total Exemptions Claimed | **$0.00** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$1,390.00** |

B6D (Official Form 6D) (12/07)

In re **Denise M Thornton**      Case No. _____

                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | Subtotal (Total of this Page) > | $0.00 | $0.00 |
| | | | | | | Total (Use only on last page) > | $0.00 | $0.00 |

_____ **No** _____ continuation sheets attached

                                                              (Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re **Denise M Thornton**                                                    Case No. _____
                                                                                        (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
   Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Denise M Thornton**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxx284A**<br>**The Swiss Colony**<br>**1112 7th Ave**<br>**Monroe WI 53566-1364** | | - | DATE INCURRED:  **11/05/2009**<br>CONSIDERATION:<br>**Collecting for -medical**<br>REMARKS: | | | | $341.59 |
| ACCT #:  **112683123**<br>**AAC**<br>**7027 Miller Road**<br>**Warren MI 48092** | | | DATE INCURRED:  06/2011<br>CONSIDERATION:<br>**Collecting for  Citibank credit card**<br>REMARKS: | | | | $1,983.00 |
| ACCT #:  **xx5590**<br>**AAMS LLC / Medical Collection**<br>**4800 Mills Civic Parkway**<br>**West Des Moines IA 50265** | | - | DATE INCURRED:  **01/28/2011**<br>CONSIDERATION:<br>**Collecting for - medical**<br>REMARKS:<br>**Collecting for Centega Hospital client#**<br>**B0930100153** | | | | $80.00 |
| ACCT #:  **xx1072**<br>**AAMS LLC / Medical Collection**<br>**4800 Mills Civic Parkway**<br>**West Des Moines IA 50265** | | | DATE INCURRED:  **01/03/2011**<br>CONSIDERATION:<br>**Collecting for -medical**<br>REMARKS:<br>**Collecting for Centega Hospital - McHenry,**<br>**patient# B0927500024** | | | | $883.86 |
| ACCT #:  **xxxxxxxxxxxx4146**<br>**Academy Collection Services**<br>**10965 Decatur Rd**<br>**Philadelphia PA 19154-3210** | | - | DATE INCURRED:  **10/08/2009**<br>CONSIDERATION:<br>**Collecting for - GE Money Bank GE Capital**<br>REMARKS: | | | | $242.06 |
| ACCT #:  **xx0305**<br>**Account Control Systems Inc**<br>**148 Veterans Drive Suite D**<br>**Northvale NJ 07647-2311** | | - | DATE INCURRED:  **02/02/2010**<br>CONSIDERATION:<br>**Collecting for - medical**<br>REMARKS:<br>**Swiss Colony** | | | | $365.79 |

Subtotal >  $3,896.30

Total >

_____**12**_____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Denise M Thornton**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **130456**<br>**Advanced Surg Care**<br>**802 Fox Glen**<br>**Barrington IL 60010-1860** | | - | DATE INCURRED:  **07/22/2011**<br>CONSIDERATION:<br>**Collecting for -medical**<br>REMARKS: | | | | $200.00 |
| ACCT #:  **xxxx2594**<br>**Alliance One**<br>**4850Street Rd Level C**<br>**Trevose PA 19053** | | | DATE INCURRED:  **07/13/2009**<br>CONSIDERATION:<br>**Collecting for -credit card**<br>REMARKS:<br>**Client reference 60353220212526113** | | | | $1,541.69 |
| ACCT #:  **a55078590/p4622520**<br>**Allied Interstate, Inc**<br>**3000 Corporate Exchange Dr**<br>**Columbus, OH 43231** | | | DATE INCURRED:  **08/25/2009**<br>CONSIDERATION:<br>**Collecting for -credit card**<br>REMARKS:<br>**Collects for HSBC credit card 5491-1000-1609-9700** | | | | $576.97 |
| ACCT #:  **xxxx6331**<br>**American General Fin**<br>**7245 W 87th St Unit 4**<br>**Bridgeview IL 60455** | | - | DATE INCURRED:  **12/01/2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,475.43 |
| ACCT #:  **xx4402**<br>**AR Concepts Inc**<br>**33 W Higgins Rd, Suite 715**<br>**South Barrington IL 60010** | | - | DATE INCURRED:  **08/09/2010**<br>CONSIDERATION:<br>**Collecting for -medical**<br>REMARKS:<br>**Collecting for  McHenry Radiologist and Imaging** | | | | $70.00 |
| ACCT #:  **xxxx-xxxx-xxxx-4239**<br>**Bank of America**<br>**PO Box 15726**<br>**Wilmington, DE 19886-5726** | | - | DATE INCURRED:  **11/2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,151.54 |

Sheet no. _____1_____ of _____12_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >        $7,015.63

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Denise M Thornton**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **4888-9210-1231-8867**<br>**Bank of America**<br>**PO Box 15726**<br>**Wilmington, DE 19886-5726** | | - | DATE INCURRED:  **11/08/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,767.88 |
| ACCT #:  **xxxx-xxxx-xxxx-8365**<br>**Bank of America**<br>**PO Box 15726**<br>**Wilmington, DE 19886-5726** | | - | DATE INCURRED:  **02/02/2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,761.00 |
| ACCT #:  **2457**<br>**Bank of America**<br>**400 Christiana Road**<br>**Newark, DE 19713** | | - | DATE INCURRED:  **02/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,767.00 |
| ACCT #:<br>**Basudeb Saha MD SC**<br>**4318 W Crystal Lake Rd #L**<br>**McHenry IL 60050-4210** | | - | DATE INCURRED:  **12/01/2010**<br>CONSIDERATION:<br>**Collecting for -medical**<br>REMARKS: | | | | $2,000.00 |
| ACCT #:  **xxxxxx31-41**<br>**CAC Financial Corp**<br>**2601 NW Exprswy, Ste 1000 E**<br>**Oklahoma City OK 73112.7236** | | - | DATE INCURRED:  **06/29/2009**<br>CONSIDERATION:<br>**Collecting for -credit card**<br>REMARKS:<br>**Collecting for Meijer credit card ending 3459** | | | | $445.07 |
| ACCT #:  **xxx6412**<br>**Capital Management Services, LP**<br>**726 Exchange Street, suite 700**<br>**Buffalo, NY 14210** | | - | DATE INCURRED:  **09/25/2010**<br>CONSIDERATION:<br>**Collecting for -credi card**<br>REMARKS:<br>**Collecting for Bank of America credit card** | | | | $4,150.59 |

Sheet no. ___2___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $15,891.54

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Denise M Thornton**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **7099511099988**<br>**Capital Management Services, LP**<br>**726 Exchange Street, suite 700**<br>**Buffalo, NY 14210** | | - | DATE INCURRED:  **02/03/2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Collecting for Citibank Capital Management LP** | | | | $536.53 |
| ACCT #:  **xxxx-xxxx-xxxx-8867**<br>**Capital Management Services, LP**<br>**726 Exchange Street, suite 700**<br>**Buffalo, NY 14210** | | | DATE INCURRED:  **09/05/2009**<br>CONSIDERATION:<br>**Collecting for -West Asset Purchasing**<br>REMARKS: | | | | $4,150.59 |
| ACCT #:  **xxxxx9988**<br>**CBE Group**<br>**131 Towe Park Dr, ste 1**<br>**Waterloo, IA 50702** | | - | DATE INCURRED:  **06/17/2010**<br>CONSIDERATION:<br>**Collecting for -Citigroup credit card**<br>REMARKS: | | | | $536.53 |
| ACCT #:  **xxxxxxx484a**<br>**CBHV**<br>**PO Box 3495**<br>**Toledo OH 43607** | | | DATE INCURRED:  **10/20/2008**<br>CONSIDERATION:<br>**Collecting for -Swiss colony**<br>REMARKS:<br>**Reference #110122843** | | | | $365.79 |
| ACCT #:  **xxxxxx0255**<br>**Centegra Hospital - McHenry**<br>**PO Box 1447**<br>**Woodstock, IL 60098-1447** | | - | DATE INCURRED:  **02/18/2010**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $820.08 |
| ACCT #:  **xxxxxx0153**<br>**Centegra Hospital - McHenry**<br>**PO Box 1447**<br>**Woodstock, IL 60098-1447** | | - | DATE INCURRED:  **09/22/09**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $1,545.50 |

Sheet no. ___3___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $7,955.02

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Denise M Thornton**                                    Case No. _____
                                                                                    (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxe000**<br>**Certified SVC**<br>**1733 Washington St**<br>**Waukegan, IL 60079** | | - | DATE INCURRED:  **09/16/2008**<br>CONSIDERATION:<br>**Collecting for -medical bill**<br>REMARKS:<br>**Collecting for Dharmvir S Verma** | | | | $2,760.60 |
| ACCT #:  **xxxx-xxxx-xxxx-2121**<br>**Chase**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** | | | DATE INCURRED:  **06/16/2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,078.74 |
| ACCT #:  **xxxx-xxxx-xxxx-3299**<br>**Chase**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** | | - | DATE INCURRED:  **06/11/2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $980.00 |
| ACCT #:  **511-099-988**<br>**Citgo**<br>**Po Box 689095**<br>**Des Moines IA 50368-9095** | | - | DATE INCURRED:  **03/24/2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $536.53 |
| ACCT #:  **xxxx-xxxx-xxxx-4721**<br>**Citi bank**<br>**PO Box 6000**<br>**The Lakes, NV 89163** | | - | DATE INCURRED:  **06/09/2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,944.27 |
| ACCT #:  **xxxx-xxxx-xxxx-2910**<br>**Collectcorp**<br>**PO BOX 101928**<br>**Dept. 4947A**<br>**Birmingham AL 35210** | | - | DATE INCURRED:  **12/05/2008**<br>CONSIDERATION:<br>**Collecting for -Bank of America**<br>REMARKS:<br>**Reference# BAM 71-073515045** | | | | $2,151.54 |

Sheet no. ___4___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | $9,451.68 |
| Total > | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Denise M Thornton**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx5052**<br>**Creditors Collection Services** | | - | DATE INCURRED:  08/2011<br>CONSIDERATION:<br>**Collecting for -medical bill**<br>REMARKS: | | | | $80.00 |
| ACCT #:  **xxx7427**<br>**Equable Ascent Financial LLC**<br>**1120 W Lake Cook Road**<br>**Suite B**<br>**Buffalo Grove IL 60089** | | - | DATE INCURRED:  10/2011<br>CONSIDERATION:<br>**Collecting for -Citibank**<br>REMARKS: | | | | $537.00 |
| ACCT #:  **6276456018062198**<br>**Fhut/Metbk**<br>**6250 Ridgewood Rd**<br>**St Cloud MN 56003** | | - | DATE INCURRED:  11/2006<br>CONSIDERATION:<br>**Collecting for -credit card**<br>REMARKS: | | | | $610.00 |
| ACCT #:  **4888-9301-2087-8365**<br>**FIA Card Services**<br>**www.FIAEasyPay.com** | | - | DATE INCURRED:  11/02/2008<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | | $2,064.00 |
| ACCT #:  **6276-4560-1806-2198**<br>**Fingerhut**<br>**PO Box 166**<br>**Newark NJ 07101-0166** | | - | DATE INCURRED:  05/14/2009<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $610.32 |
| ACCT #:  **xxx9057**<br>**First financial Asset Management**<br>**PO Box 56245** | | - | DATE INCURRED:  07/21/2009<br>CONSIDERATION:<br>**Collecting for -HSBC card Services**<br>REMARKS:<br>**Account # 4663040002424873** | | | | $619.87 |

Sheet no. ___5___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $4,521.19

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Denise M Thornton**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx1358<br>**First National Collection Bureau, Inc.**<br>**610 Waltham Way,**<br>**Sparks, NV 89434** | | - | DATE INCURRED:  **03/01/2010**<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS:<br>**collecting for security credit services** | | | | $242.39 |
| ACCT #:  5401-6830-3625-3299<br>**Fma Alliance LTD**<br>**11811 N. freeway Suite 900**<br>**Houston TX 77060** | | - | DATE INCURRED:  **09/01/2010**<br>CONSIDERATION:<br>**Collecting for -credit card**<br>REMARKS:<br>**Collecting for Chase Bank . File# 26215156** | | | | $980.40 |
| ACCT #:  616510160<br>**Harris & Harris LTD**<br>**222 Merchandise Mart Plaza,  suite 1900**<br>**Chicago, IL 60654** | | | DATE INCURRED:  **08/18/2011**<br>CONSIDERATION:<br>**Collecting for -medical**<br>REMARKS:<br>**Creditor- Advocate- Good Shepherd** | | | | $2,344.70 |
| ACCT #:  xxxxxxxxxxxx6113<br>**Home Depot Credit Services**<br>**PO Box 689100**<br>**Des Moines, IA 50368-9100** | | - | DATE INCURRED:  **06/25/2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,541.69 |
| ACCT #:  xxx6478<br>**HR Accounts**<br>**360 Miller Rd**<br>**Hiawatha IA 52233** | | - | DATE INCURRED:  **03/27/2010**<br>CONSIDERATION:<br>**Collecting for -medical**<br>REMARKS:<br>**Centegra Hospital- client account#B0930100153** | | | | $80.00 |
| ACCT #:  xxx6638<br>**HR Accounts Inc**<br>**7017 John Deere Pkwy**<br>**Moline, IL 61266-0672** | | - | DATE INCURRED:  **10/27/2009**<br>CONSIDERATION:<br>**Collecting for -medical**<br>REMARKS:<br>**Collecting for Centegra Hospital Woodstock , patient# A0928900255** | | | | $820.80 |

Sheet no. ___6___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $6,009.98

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Denise M Thornton**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **4333462**<br>**HR Accounts Inc**<br>**7017 John Deere Pkwy**<br>**Moline, IL 61266-0672** | | - | DATE INCURRED:  **02/27/2010**<br>CONSIDERATION:<br>**Collecting for -medical**<br>REMARKS:<br>**Collects for medical bill Centegra Hospital, client# B0927500024** | | | | $883.86 |
| ACCT #:  **5491-1000-1609-9700**<br>**HSBC Card Services**<br>**PO BOX 17051**<br>**Baltimore, MD 21297-1051** | | - | DATE INCURRED:  **07/30/2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $296.97 |
| ACCT #:  **4663-04000242-4873**<br>**HSBC Card Services**<br>**PO BOX 17051**<br>**Baltimore, MD 21297-1051** | | - | DATE INCURRED:  **07/16/09**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $341.87 |
| ACCT #:  **xx5159**<br>**Hsbc Services**<br>**PO Box 17051**<br>**Baltimore MD 21297-1051** | | - | DATE INCURRED:  **06/15/09**<br>CONSIDERATION:<br>**Collecting for -credit card**<br>REMARKS: | | | | $590.07 |
| ACCT #:  **xx0284**<br>**Jacob Collection Group, LLC**<br>**2623 West Oxford Loop**<br>**Oxford MS 38655.5442** | | - | DATE INCURRED:  **09/13/2011**<br>CONSIDERATION:<br>**Collecting for -Wall-Mart credit card**<br>REMARKS:<br>**Wall-Mart account# 6032203485674146** | | | | $374.73 |
| ACCT #:  **xxx-xxx-967-8**<br>**JC Penney**<br>**PO Box 960090**<br>**Orlando FL 32896.0090** | | - | DATE INCURRED:  **06/05/2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $619.06 |

Sheet no. ___7___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $3,106.56

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Denise M Thornton**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx1984**<br>**KCA Financial Svcs**<br>**628 North St**<br>**Geneva, IL 60134** | | - | DATE INCURRED:  **05/05/2010**<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS:<br>**Collecting for client #061576-1 Town Square Anethesia S.C.** | | | | $100.00 |
| ACCT #:  **xxx-x-xxxxxx0103**<br>**Lake/McHenry Pathology Associates**<br>**520 E 22nd Street**<br>**Lombard IL 60148** | | - | DATE INCURRED:  **08/08/2009**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $241.00 |
| ACCT #:  **xxxxxxxxxxxxxxx6113**<br>**LTD Financial Services, LP**<br>**7322 Southwest Freeway, Suite 1600**<br>**Houston, TX 77074** | | - | DATE INCURRED:  **03/11/2010**<br>CONSIDERATION:<br>**Collecting for -credit card**<br>REMARKS:<br>**Collecting for Citibank, Reference# 012937717** | | | | $1,541.69 |
| ACCT #:  **6005065012683459**<br>**Meijer**<br>**Po Box 960015**<br>**Orlando FL 32896-0015** | | | DATE INCURRED:  **06/04/2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $445.07 |
| ACCT #:  **xxxx-9275**<br>**Mercy Health System**<br>**100 Mineral Point Ave**<br>**Janesville WI 53548** | | - | DATE INCURRED:  **01/22/2011**<br>CONSIDERATION:<br>**Collecting for Dr Livingston**<br>REMARKS: | | | | $150.00 |
| ACCT #:  **xxxxx8073**<br>**Meyer & NJUS, P.A.**<br>**1100 U.S. Bank Plaza**<br>**200 South Sixth Street**<br>**Minneapolis, Minnesota 55402** | | - | DATE INCURRED:  **11/12/2009**<br>CONSIDERATION:<br>**Collecting for -JC Penney credit card**<br>REMARKS:<br>**JC penney account # 6008894770029678** | | | | $619.06 |

Sheet no. ___8___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $3,096.82

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Denise M Thornton**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx0482<br>**Midland Credit Management, Inc**<br>**5575 Roscoe Court**<br>**San Diego Ca 91823** | | - | DATE INCURRED:  01/03/2011<br>CONSIDERATION:<br>**Collecting for -Bank of America credit card**<br>REMARKS:<br>**Collecting for  Bank of America credit card** | | | | $2,687.61 |
| ACCT #:  xxxxxx5017<br>**Midland Credit Management, Inc**<br>**5575 Roscoe Court**<br>**San Diego CA 91823** | | - | DATE INCURRED:  02/12/2011<br>CONSIDERATION:<br>**Collecting for -credir card**<br>REMARKS:<br>**Collecting for Citibank Credit card ending in 4721** | | | | $1,057.88 |
| ACCT #:  8538187272<br>**Midland Credit Management, Inc**<br>**5575 Roscoe Court**<br>**San Deigo, CA 91823** | | | DATE INCURRED:  01/22/2011<br>CONSIDERATION:<br>**Collecting for -credit card**<br>REMARKS:<br>**Collecting for Chase Bank  account #5401-68303225-2121** | | | | $1,051.87 |
| ACCT #:  xxxxxx5017<br>**Midland Credit Management, Inc**<br>**PO Box 60578**<br>**Los Angeles, CA 90060.0578** | | | DATE INCURRED:  01/01/2011<br>CONSIDERATION:<br>**Collecting for -Shell credit card**<br>REMARKS:<br>**Shell account# 7575180816548** | | | | $1,052.42 |
| ACCT #:  xxxxxxxxxxxx4146<br>**Monarch Recovery Managment, Inc.**<br>**10965 Decatur Road**<br>**Philadelphia PA 19154.3210** | | - | DATE INCURRED:  09/01/2010<br>CONSIDERATION:<br>**Collecting for -Security Credit Services**<br>REMARKS: | | | | $276.42 |
| ACCT #:  xxxxx7427<br>**Nars Call Center Solution**<br>**PO Box 701**<br>**Chesterfield Mo 63006-0701** | | - | DATE INCURRED:  09/10/2011<br>CONSIDERATION:<br>**Collecting for -  Citibank credit card**<br>REMARKS:<br>**Citibank account # 7099511099988** | | | | $536.53 |

Sheet no. ___9___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $6,662.73

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Denise M Thornton**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx3909<br>**National Asset Management, LLC**<br>PO Box 840<br>Moon Twp PA 15108 | | - | DATE INCURRED: 06/15/2009<br>CONSIDERATION:<br>Collecting for -credit card<br>REMARKS:<br>Collecting for Fingerhut credit card ending 2198 | | | | $597.91 |
| ACCT #: 4663-0400-0242-4873<br>**National credit Adjustment**<br>327 W 4th Ave<br>Hutchinson KS 67501 | | | DATE INCURRED: 07/2010<br>CONSIDERATION:<br>Collecting for -credit card<br>REMARKS: | | | | $861.00 |
| ACCT #: xxxx-xxxx-xxxx-8365<br>**National Enterprise Systems (NES)**<br>29125 Solon Road<br>Solon OH 44139.3442 | | | DATE INCURRED: 07/08/2009<br>CONSIDERATION:<br>Collecting for -credit card<br>REMARKS:<br>Collecting for Bank of America credit card account# 6491324 | | | | $2,151.54 |
| ACCT #: 706225000324<br>**NCO FIN/02**<br>507 Prudential Road<br>Horsham, PA 19044 | | - | DATE INCURRED: 06/11/2009<br>CONSIDERATION:<br>Collecting for -medical<br>REMARKS:<br>Collecting for Moraine Emergency Physician- account# 906229003395 | | | | $165.00 |
| ACCT #: xxxxxxxxxxxx3459<br>**NCO Financial Systems Inc**<br>PO BOX 4906<br>Trenton NJ 08650 | | - | DATE INCURRED: 01/02/2009<br>CONSIDERATION:<br>Collecting for -credit card<br>REMARKS:<br>GE money Bank/Meijer credit card | | | | $435.00 |
| ACCT #: xxxx-xxxx-xxxx-2121<br>**Northstar Location Services**<br>4285 Genesee Street<br>Cheektowaga NY 14225-1943 | | - | DATE INCURRED: 11/08/2010<br>CONSIDERATION:<br>Collecting for -credit card<br>REMARKS:<br>Collecting for Chase Credit card ending in 2121 | | | | $1,051.44 |

Sheet no. __10__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $5,261.89

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Denise M Thornton**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx9678<br>**Portfolio Recovery Associates**<br>**120 Corporate Boulevard**<br>**suite 100**<br>**Norfolk, VA 23502** | | | DATE INCURRED:  **07/14/2010**<br>CONSIDERATION:<br>**Collecting for -credit card**<br>REMARKS:<br>**Collecting for JCPenney  credit card** | | | | $659.00 |
| ACCT #:  xxxx7805<br>**Redline Recovery Services**<br>**11675 Rainwater Dr Ste 350**<br>**Alpharetta GA 30009-8693** | | - | DATE INCURRED:  **07/01/2010**<br>CONSIDERATION:<br>**Collecting for -credit card**<br>REMARKS:<br>**Collecting for HSBC Bank credit card ending in 4873** | | | | $185.96 |
| ACCT #:  5401-6830-3625-3299<br>**Resurgence Legal Group PC**<br>**1161 Lake cook Rd Suite E**<br>**Deerfield Il 60015** | | - | DATE INCURRED:  **05/06/2011**<br>CONSIDERATION:<br>**Collecting for -credit card**<br>REMARKS:<br>**Collects for  Chase credit card, file#R0077861** | | | | $1,075.08 |
| ACCT #:  xxxx6331<br>**Sentry Credit, Inc.**<br>**2809 Grand Avenue**<br>**Everett WA 98201** | | | DATE INCURRED:  **01/28/2009**<br>CONSIDERATION:<br>**Collecting for -american general finance**<br>REMARKS: | | | | $2,361.12 |
| ACCT #:  xxx-xx6-548<br>**Shell**<br>**PO Box 183018**<br>**Columbus OH 43218-3018** | | - | DATE INCURRED:  **11-05-08**<br>CONSIDERATION:<br>**Collecting for -credit card**<br>REMARKS: | | | | $954.31 |
| ACCT #:  xxxxx9917<br>**State Collection Services**<br>**2509 S Stoughton Rd**<br>**Madison, WI 53716** | | - | DATE INCURRED:  **05/2010**<br>CONSIDERATION:<br>**Collecting for - medical bill**<br>REMARKS: | | | | $100.00 |

Sheet no. ___11___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $5,335.47

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Denise M Thornton**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **875745614**<br>**Swiss Colony Inc**<br>**1112 7th Ave Monroe WI 53566** | | - | DATE INCURRED:  **11/2003**<br>CONSIDERATION:<br>**Collecting for -medical bill**<br>REMARKS: | | | | $608.00 |
| ACCT #:  **xxx-x-xxxxxx1984**<br>**Town Square Anesthesia LLC**<br>**39317**<br>**Treasury Center**<br>**Chicago IL 60694-9300** | | | DATE INCURRED:  **12/29/2009**<br>CONSIDERATION:<br>**medical bill**<br>REMARKS: | | | | $124.80 |
| ACCT #:  **xxxxxxxxxxxx4146**<br>**Walmart**<br>**PO Box 530927**<br>**Atlanta GA 30353-0927** | | - | DATE INCURRED:  **07/01/2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $242.06 |
| ACCT #:  **xxx2849**<br>**Wam com**<br>**2221 New  Market prkwy**<br>**Marietta Ga 30067** | | - | DATE INCURRED:  **12/2008**<br>CONSIDERATION:<br>**Collecting for -credit card**<br>REMARKS: | | | | $4,150.00 |
| ACCT #:  **xxxx*xxx873.1**<br>**Wellington radiology Group, SC/GSR**<br>**39006 Treasury center**<br>**Chicago, IL 60694-9000** | | - | DATE INCURRED:  **07/20/2011**<br>CONSIDERATION:<br>**Collecting for -medical**<br>REMARKS: | | | | $80.00 |
| ACCT #:  **xxxxx2890**<br>**Weltman, Weinberg & Reis Co., LPA**<br>**323 W Lakeside Ave, ste# 200**<br>**Cleveland, OH 44113-1099** | | - | DATE INCURRED:  **01/22/2011**<br>CONSIDERATION:<br>**Attorney**<br>REMARKS:<br>**Collecting for Citibank 4771** | | | | $2,183.50 |

Sheet no. ___12___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $7,388.36

Total >   $85,593.17

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Denise M Thornton**                                          Case No. _____

(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re  **Denise M Thornton**

Case No. _____

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re **Denise M Thornton**                                                                Case No. _____
                                                                                                                (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Single** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Stoker | |
| Name of Employer | Meijer | |
| How Long Employed | 5 years | |
| Address of Employer | 9806 Prarie Ridge Blvd, | |
| | 2253 N Richmond Rd | |
| | McHenry IL | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $2,020.27 | |
| 2.  Estimate monthly overtime | $0.00 | |
| 3.  SUBTOTAL | **$2,020.27** | |
| 4.  LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes (includes social security tax if b. is zero) | $330.07 | |
|     b. Social Security Tax | $79.65 | |
|     c. Medicare | $27.50 | |
|     d. Insurance | $123.88 | |
|     e. Union dues | $0.00 | |
|     f. Retirement | $0.00 | |
|     g. Other (Specify) _____ | $0.00 | |
|     h. Other (Specify) _____ | $0.00 | |
|     i. Other (Specify) _____ | $0.00 | |
|     j. Other (Specify) _____ | $0.00 | |
|     k. Other (Specify) _____ | $0.00 | |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | **$561.10** | |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | **$1,459.17** | |
| 7.  Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8.  Income from real property | $0.00 | |
| 9.  Interest and dividends | $0.00 | |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11.  Social security or government assistance (Specify): _____ | $0.00 | |
| 12.  Pension or retirement income | $0.00 | |
| 13.  Other monthly income (Specify): | | |
|     a._____ | $0.00 | |
|     b._____ | $0.00 | |
|     c._____ | $0.00 | |
| 14.  SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | |
| 15.  AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$1,459.17** | |
| 16.  COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$1,459.17** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:   **Denise M Thornton**

Case No. _____

_____(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home)<br> a. Are real estate taxes included?  ☑ Yes  ☐ No<br> b. Is property insurance included?  ☑ Yes  ☐ No | $600.00 |
| 2. Utilities:  a. Electricity and heating fuel<br>           b. Water and sewer<br>           c. Telephone<br>           d. Other:  cable tv | $120.00<br>$0.00<br>$20.00<br>$101.00 |
| 3. Home maintenance (repairs and upkeep)<br>4. Food<br>5. Clothing<br>6. Laundry and dry cleaning<br>7. Medical and dental expenses<br>8. Transportation (not including car payments)<br>9. Recreation, clubs and entertainment, newspapers, magazines, etc.<br>10. Charitable contributions | $35.00<br>$200.00<br>$20.00<br>$20.00<br>$50.00<br>$180.00<br>$20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments)<br>           a. Homeowner's or renter's<br>           b. Life<br>           c. Health<br>           d. Auto<br>           e. Other: | <br><br><br><br>$60.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)<br>           a. Auto:<br>           b. Other:<br>           c. Other:<br>           d. Other: | |
| 14. Alimony, maintenance, and support paid to others:<br>15. Payments for support of add'l dependents not living at your home:<br>16. Regular expenses from operation of business, profession, or farm (attach detailed statement)<br>17.a. Other:<br>17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and,<br>    if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$1,426.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**



20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $1,459.17 |
| b. Average monthly expenses from Line 18 above | $1,426.00 |
| c. Monthly net income (a. minus b.) | $33.17 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Denise M Thornton**                                    Case No. _____

                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**21**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___*10-18-2011*_____        Signature _*Denise M. Thornton*_____
                                                                        **Denise M Thornton**

Date _____        Signature _____

                                                    [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Denise M Thornton**                                    Case No. _____

                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

**None**
☑

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**None**
☑

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

**Complete a. or b., as appropriate, and c.**

**None**
☑

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**None**
☑

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**None**
☑

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☑

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**None**
☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

**None**
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Denise M Thornton**                                      Case No. _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None ☑

**6. Assignments and receiverships**

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.
(Married debtors under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

**7. Gifts**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

**8. Losses**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☐

**9. Payments related to debt counseling or bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Debt Counseling** **123 Credit Counseling** | 09/19/2011 | 35.00 |
| **Yekaterina Collazo** **4217 N Bloomington Ave, 204** **Arlington Hts IL 60004** **Typing fee** | 10/18/2011 | 50.00 |

---

None ☑

**10. Other transfers**

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Denise M Thornton**                        Case No. _____

                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None ☑
**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑
**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑
**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑
**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

---

None ☑
**15. Prior address of debtor**

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

None ☑
**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case. identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice. and, if known, the Environmental Law:

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   **Denise M Thornton**                                          Case No. _____

                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None
☑   b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.
      Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑   c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is
      or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

None   **18. Nature, location and name of business**
☑
      a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
      dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership,
      sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the
      commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately
      preceding the commencement of this case.

      If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
      dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years
      immediately preceding the commencement of this case.

      If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
      dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years
      immediately preceding the commencement of this case.

---

None
☑   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

      The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been,
      within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of
      more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or
      self-employed in a trade, profession, or other activity, either full- or part-time.

      (An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within
      six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go
      directly to the signature page.)

---

None   **19. Books, records and financial statements**
☑
      a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the
      keeping of books of account and records of the debtor.

---

None
☑   b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account
      and records, or prepared a financial statement of the debtor.

---

None
☑   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the
      debtor.  If any of the books of account and records are not available, explain.

---

None
☑   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by
      the debtor within two years immediately preceding the commencement of this case.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Denise M Thornton**                                      Case No. _____

                                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

**20. Inventories**

None ☑  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑  b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑  a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑  b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22. Former partners, officers, directors and shareholders**

None ☑  a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☑  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Denise M Thornton**

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____ *10-18-2011* _____

Signature *Denise M. Thornton*
of Debtor      **Denise M Thornton**

Date _____

Signature _____
of Joint Debtor
(if any)

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Yekaterina Collazo, Petition Preparer**

**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**

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

**4217 N Blomington Ave, Apt 204**
**Arlington Hts IL 60004**

_____

*10-18-201*

Signature of Bankruptcy Petition Preparer       Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Denise M Thornton**

CASE NO

CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>None | **Describe Property Securing Debt:** |

Property will be (check one):
☐  Surrendered          ☐  Retained

If retaining the property, I intend to (check at least one):
☐  Redeem the property
☐  Reaffirm the debt
☐  Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐  Claimed as exempt          ☐  Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐          NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date _____ *10-18-2011* _____          Signature _*Denise M. Thornton*_
                                        **Denise M Thornton**

Date _____          Signature _____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

| Attorney or Party Name, Address and Telephone Number | FOR COURT USE ONLY |
|---|---|
| **Denise M Thornton**<br>**9806 Prarie Ridge Blvd**<br>**Apt, GB**<br>**Richmond IL 60071**<br>**Debtor(s) in pro per** | |

| In re:<br>**Denise M Thornton** | CASE NO.: |
| --- | --- |
| | CHAPTER:  **7** |
| | Debtor Address:<br>**9806 Prarie Ridge Blvd**<br>**Apt, GB**<br>**Richmond IL 60071** |

| Social Security Number:  **xxx-xx-5196** | Employer's Tax I.D. Number: |
|---|---|

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For document preparation services, I have agreed to accept | **$50.00** |
   | Prior to the filing of this statement I have received | **$50.00** |
   | Balance Due | **$0.00** |

2. I have prepared or caused to be prepared the following documents (itemize):

   and provided the following services (itemize):
   **Typing ($50.00)**

3. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

4. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge, no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

   <u>Name</u>                                              <u>SSN</u>

| In re: **Denise M Thornton** | CASE NUMBER: |
| | CHAPTER:     **7** |

# DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

X _____      _____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_____      _10 - 18 - 2011_
                  Signature                             Social Security Number                        Date

Name (Print):  **Yekaterina Collazo**

Address:       **4217 N Blomington Ave, Apt 204**
               **Arlington Hts IL 60004**

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Denise M Thornton**                                    CASE NO

                                                                 CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   _10-18-2011_____            Signature _Denise M Thornton_____
                                                         **Denise M Thornton**

Date   _____            Signature _____

The Swiss Colony
1112 7th Ave
Monroe WI 53566-1364


AAC
7027 Miller Road
Warren MI 48092


AAMS LLC / Medical Collection
4800 Mills Civic Parkway
West Des Moines IA 50265


Academy Collection Services
10965 Decatur Rd
Philadelphia PA 19154-3210


Account Control Systems Inc
148 Veterans Drive Suite D
Northvale NJ 07647-2311


Advanced Surg Care
802 Fox Glen
Barrington IL 60010-1860


Alliance One
4850Street Rd Level C
Trevose PA 19053


Allied Interstate, Inc
3000 Corporate Exchange Dr
Columbus, OH 43231


American General Fin
7245 W 87th St Unit 4
Bridgeview IL 60455

```
AR Concepts Inc
33 W Higgins Rd, Suite 715
South Barrington IL 60010


Bank of America
PO Box 15726
Wilmington, DE 19886-5726


Bank of America
400 Christiana Road
Newark, DE 19713


Basudeb Saha MD SC
4318 W Crystal Lake Rd #L
McHenry IL 60050-4210


CAC Financial Corp
2601 NW Exprswy, Ste 1000 E
Oklahoma City OK 73112.7236


Capital Management Services, LP
726 Exchange Street, suite 700
Buffalo, NY 14210


CBE Group
131 Towe Park Dr, ste 1
Waterloo, IA 50702


CBHV
PO Box 3495
Toledo OH 43607


Centegra Hospital - McHenry
PO Box 1447
Woodstock, IL 60098-1447
```

Certified SVC
1733 Washington St
Waukegan, IL 60079


Chase
PO Box 15153
Wilmington, DE 19886-5153


Citgo
Po Box 689095
Des Moines IA 50368-9095


Citi bank
PO Box 6000
The Lakes, NV 89163


Collectcorp
PO BOX 101928
Dept. 4947A
Birmingham AL 35210


Creditors Collection Services




Equable Ascent Financial LLC
1120 W Lake Cook Road
Suite B
Buffalo Grove IL 60089


Fhut/Metbk
6250 Ridgewood Rd
St Cloud MN 56003


FIA Card Services
www.FIAEasyPay.com

Fingerhut
PO Box 166
Newark NJ 07101-0166


First financial Asset Management
PO Box 56245


First National Collection Bureau, Inc.
610 Waltham Way,
Sparks, NV 89434


Fma Alliance LTD
11811 N. freeway Suite 900
Houston TX 77060


Harris & Harris LTD
222 Merchandise Mart Plaza,  suite 1900
Chicago, IL 60654


Home Depot Credit Services
PO Box 689100
Des Moines, IA 50368-9100


HR Accounts
360 Miller Rd
Hiawatha IA 52233


HR Accounts Inc
7017 John Deere Pkwy
Moline, IL 61266-0672


HSBC Card Services
PO BOX 17051
Baltimore, MD 21297-1051

Hsbc Services
PO Box 17051
Baltimore MD 21297-1051


Jacob Collection Group, LLC
2623 West Oxford Loop
Oxford MS 38655.5442


JC Penney
PO Box 960090
Orlando FL 32896.0090


KCA Financial Svcs
628 North St
Geneva, IL 60134


Lake/McHenry Pathology Associates
520 E 22nd Street
Lombard IL 60148


LTD Financial Services, LP
7322 Southwest Freeway, Suite 1600
Houston, TX 77074


Meijer
Po Box 960015
Orlando FL 32896-0015


Mercy Health System
100 Mineral Point Ave
Janesville WI 53548


Meyer & NJUS, P.A.
1100 U.S. Bank Plaza
200 South Sixth Street
Minneapolis, Minnesota 55402

Midland Credit Management, Inc
5575 Roscoe Court
San Diego Ca 91823


Midland Credit Management, Inc
5575 Roscoe Court
San Deigo, CA 91823


Midland Credit Management, Inc
PO Box 60578
Los Angeles, CA 90060.0578


Monarch Recovery Managment, Inc.
10965 Decatur Road
Philadelphia PA 19154.3210


Nars Call Center Solution
PO Box 701
Chesterfield Mo 63006-0701


National Asset Management, LLC
PO Box 840
Moon Twp PA 15108


National credit Adjustment
327 W 4th Ave
Hutchinson KS 67501


National Enterprise Systems (NES)
29125 Solon Road
Solon OH 44139.3442


NCO FIN/02
507 Prudential Road
Horsham, PA 19044

NCO Financial Systems Inc
PO BOX 4906
Trenton NJ 08650


Northstar Location Services
4285 Genesee Street
Cheektowaga NY 14225-1943


Portfolio Recovery Associates
120 Corporate Boulevard
suite 100
Norfolk, VA 23502


Redline Recovery Services
11675 Rainwater Dr Ste 350
Alpharetta GA 30009-8693


Resurgence Legal Group PC
1161 Lake cook Rd Suite E
Deerfield Il 60015


Sentry Credit, Inc.
2809 Grand Avenue
Everett WA 98201


Shell
PO Box 183018
Columbus OH 43218-3018


State Collection Services
2509 S Stoughton Rd
Madison, WI 53716


Swiss Colony Inc
1112 7th Ave Monroe WI 53566

Town Square Anesthesia LLC
39317
Treasury Center
Chicago IL 60694-9300


Walmart
PO Box 530927
Atlanta GA 30353-0927


Wam com
2221 New  Market prkwy
Marietta Ga 30067


Wellington radiology Group, SC/GSR
39006 Treasury center
Chicago, IL 60694-9000


Weltman, Weinberg & Reis Co., LPA
323 W Lakeside Ave, ste# 200
Cleveland, OH 44113-1099

Debtor(s): Denise M Thornton
Case No.
Chapter: 7
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

The Swiss Colony
1112 7th Ave
Monroe WI 53566-1364

Bank of America
PO Box 15726
Wilmington, DE 19886-5726

Citgo
Po Box 689095
Des Moines IA 50368-9095

AAC
7027 Miller Road
Warren MI 48092

Bank of America
400 Christiana Road
Newark, DE 19713

Citi bank
PO Box 6000
The Lakes, NV 89163

AAMS LLC / Medical Collection
4800 Mills Civic Parkway
West Des Moines IA 50265

Basudeb Saha MD SC
4318 W Crystal Lake Rd #L
McHenry IL 60050-4210

Collectcorp
PO BOX 101928
Dept. 4947A
Birmingham AL 35210

Academy Collection Services
10965 Decatur Rd
Philadelphia PA 19154-3210

CAC Financial Corp
2601 NW Exprswy, Ste 1000 E
Oklahoma City OK 73112.7236

Creditors Collection Services

Account Control Systems Inc
148 Veterans Drive Suite D
Northvale NJ 07647-2311

Capital Management Services, LP
726 Exchange Street, suite 700
Buffalo, NY 14210

Equable Ascent Financial LLC
1120 W Lake Cook Road
Suite B
Buffalo Grove IL 60089

Advanced Surg Care
802 Fox Glen
Barrington IL 60010-1860

CBE Group
131 Towe Park Dr, ste 1
Waterloo, IA 50702

Fhut/Metbk
6250 Ridgewood Rd
St Cloud MN 56003

Alliance One
4850Street Rd Level C
Trevose PA 19053

CBHV
PO Box 3495
Toledo OH 43607

FIA Card Services
www.FIAEasyPay.com

Allied Interstate, Inc
3000 Corporate Exchange Dr
Columbus, OH 43231

Centegra Hospital - McHenry
PO Box 1447
Woodstock, IL 60098-1447

Fingerhut
PO Box 166
Newark NJ 07101-0166

American General Fin
7245 W 87th St Unit 4
Bridgeview IL 60455

Certified SVC
1733 Washington St
Waukegan, IL 60079

First financial Asset Managem
PO Box 56245

AR Concepts Inc
33 W Higgins Rd, Suite 715
South Barrington IL 60010

Chase
PO Box 15153
Wilmington, DE 19886-5153

First National Collection Bur
610 Waltham Way,
Sparks, NV 89434

Fma Alliance LTD
11811 N. freeway Suite 900
Houston TX 77060

Lake/McHenry Pathology Associat
520 E 22nd Street
Lombard IL 60148

National Asset Management, LL
PO Box 840
Moon Twp PA 15108

Harris & Harris LTD
222 Merchandise Mart Plaza,   su
Chicago, IL 60654

LTD Financial Services, LP
7322 Southwest Freeway, Suite 1
Houston, TX 77074

National credit Adjustment
327 W 4th Ave
Hutchinson KS 67501

Home Depot Credit Services
PO Box 689100
Des Moines, IA 50368-9100

Meijer
Po Box 960015
Orlando FL 32896-0015

National Enterprise Systems (
29125 Solon Road
Solon OH 44139.3442

HR Accounts
360 Miller Rd
Hiawatha IA 52233

Mercy Health System
100 Mineral Point Ave
Janesville WI 53548

NCO FIN/02
507 Prudential Road
Horsham, PA 19044

HR Accounts Inc
7017 John Deere Pkwy
Moline, IL 61266-0672

Meyer & NJUS, P.A.
1100 U.S. Bank Plaza
200 South Sixth Street
Minneapolis, Minnesota 55402

NCO Financial Systems Inc
PO BOX 4906
Trenton NJ 08650

HSBC Card Services
PO BOX 17051
Baltimore, MD 21297-1051

Midland Credit Management, Inc
5575 Roscoe Court
San Diego Ca 91823

Northstar Location Services
4285 Genesee Street
Cheektowaga NY 14225-1943

Hsbc Services
PO Box 17051
Baltimore MD 21297-1051

Midland Credit Management, Inc
5575 Roscoe Court
San Deigo, CA 91823

Portfolio Recovery Associate
120 Corporate Boulevard
suite 100
Norfolk, VA 23502

Jacob Collection Group, LLC
2623 West Oxford Loop
Oxford MS 38655.5442

Midland Credit Management, Inc
PO Box 60578
Los Angeles, CA 90060.0578

Redline Recovery Services
11675 Rainwater Dr Ste 350
Alpharetta GA 30009-8693

JC Penney
PO Box 960090
Orlando FL 32896.0090

Monarch Recovery Managment, Inc
10965 Decatur Road
Philadelphia PA 19154.3210

Resurgence Legal Group PC
1161 Lake cook Rd Suite E
Deerfield Il 60015

KCA Financial Svcs
628 North St
Geneva, IL 60134

Nars Call Center Solution
PO Box 701
Chesterfield Mo 63006-0701

Sentry Credit, Inc.
2809 Grand Avenue
Everett WA 98201

Shell
PO Box 183018
Columbus OH 43218-3018


State Collection Services
2509 S Stoughton Rd
Madison, WI 53716


Swiss Colony Inc
1112 7th Ave Monroe WI 53566


Town Square Anesthesia LLC
39317
Treasury Center
Chicago IL 60694-9300


Walmart
PO Box 530927
Atlanta GA 30353-0927


Wam com
2221 New  Market prkwy
Marietta Ga 30067


Wellington radiology Group, SC/
39006 Treasury center
Chicago, IL 60694-9000


Weltman, Weinberg & Reis Co., L
323 W Lakeside Ave, ste# 200
Cleveland, OH 44113-1099

# UNITED STATES BANKRUPTCY COURT FOR THE

*NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION (CHICAGO)*

In re:                                          Case No.:
**Denise M Thornton**                    SSN:  __xxx-xx-5196__
_____          SSN:  _____

Debtor(s)                               **Numbered Listing of Creditors**
Address:
**9806 Prarie Ridge Blvd**              Chapter:    **7**
**Apt, GB**
**Richmond IL 60071**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.    The Swiss Colony<br>1112 7th Ave<br>Monroe WI 53566-1364<br>xxxxxxxxx284A | Unsecured Claim | $341.59 |
| 2      AAC<br>7027 Miller Road<br>Warren MI 48092<br>112683123 | Unsecured Claim | $1,983.00 |
| 3.    AAMS LLC / Medical Collection<br>4800 Mills Civic Parkway<br>West Des Moines IA 50265<br>xx5590 | Unsecured Claim | $80.00 |
| 4.    AAMS LLC / Medical Collection<br>4800 Mills Civic Parkway<br>West Des Moines IA 50265<br>xx1072 | Unsecured Claim | $883.86 |
| 5.    Academy Collection Services<br>10965 Decatur Rd<br>Philadelphia PA 19154-3210<br>xxxxxxxxxxxx4146 | Unsecured Claim | $242.06 |
| 6.    Account Control Systems Inc<br>148 Veterans Drive Suite D<br>Northvale NJ 07647-2311<br>xx0305 | Unsecured Claim | $365.79 |

in re:  **Denise M Thornton**

| Debtor | | Case No. (if known) |
| --- | --- | --- |

| Creditor name and mailing address | Category of claim | Amount of claim |
| --- | --- | --- |
| 7.  Advanced Surg Care<br>802 Fox Glen<br>Barrington IL 60010-1860<br>130456 | Unsecured Claim | $200.00 |
| 8.  Alliance One<br>4850Street Rd Level C<br>Trevose PA 19053<br>xxxx2594 | Unsecured Claim | $1,541.69 |
| 9.  Allied Interstate, Inc<br>3000 Corporate Exchange Dr<br>Columbus, OH 43231<br>a55078590/p4622520 | Unsecured Claim | $576.97 |
| 10.  American General Fin<br>7245 W 87th St Unit 4<br>Bridgeview IL 60455<br>xxxx6331 | Unsecured Claim | $2,475.43 |
| 11.  AR Concepts Inc<br>33 W Higgins Rd, Suite 715<br>South Barrington IL 60010<br>xx4402 | Unsecured Claim | $70.00 |
| 12.  Bank of America<br>PO Box 15726<br>Wilmington, DE 19886-5726<br>xxxx-xxxx-xxxx-4239 | Unsecured Claim | $2,151.54 |
| 13.  Bank of America<br>PO Box 15726<br>Wilmington, DE 19886-5726<br>4888-9210-1231-8867 | Unsecured Claim | $3,767.88 |
| 14.  Bank of America<br>PO Box 15726<br>Wilmington, DE 19886-5726<br>xxxx-xxxx-xxxx-8365 | Unsecured Claim | $1,761.00 |
| 15.  Bank of America<br>400 Christiana Road<br>Newark, DE 19713<br>2457 | Unsecured Claim | $3,767.00 |

in re:    **Denise M Thornton**

| | Debtor | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 16. Basudeb Saha MD SC<br>4318 W Crystal Lake Rd #L<br>McHenry IL 60050-4210 | Unsecured Claim | $2,000.00 |
| 17. CAC Financial Corp<br>2601 NW Exprswy, Ste 1000 E<br>Oklahoma City OK 73112.7236<br>xxxxxx31-41 | Unsecured Claim | $445.07 |
| 18. Capital Management Services, LP<br>726 Exchange Street, suite 700<br>Buffalo, NY 14210<br>xxx6412 | Unsecured Claim | $4,150.59 |
| 19. Capital Management Services, LP<br>726 Exchange Street, suite 700<br>Buffalo, NY 14210<br>7099511099988 | Unsecured Claim | $536.53 |
| 20. Capital Management Services, LP<br>726 Exchange Street, suite 700<br>Buffalo, NY 14210<br>xxxx-xxxx-xxxx-8867 | Unsecured Claim | $4,150.59 |
| 21. CBE Group<br>131 Towe Park Dr, ste 1<br>Waterloo, IA 50702<br>xxxxx9988 | Unsecured Claim | $536.53 |
| 22. CBHV<br>PO Box 3495<br>Toledo OH 43607<br>xxxxxxxx484a | Unsecured Claim | $365.79 |
| 23. Centegra Hospital - McHenry<br>PO Box 1447<br>Woodstock, IL 60098-1447<br>xxxxxxx0255 | Unsecured Claim | $820.08 |
| 24. Centegra Hospital - McHenry<br>PO Box 1447<br>Woodstock, IL 60098-1447<br>xxxxxxx0153 | Unsecured Claim | $1,545.50 |

in re:   **Denise M Thornton**

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| | Debtor | | Case No. (if known) |
| 25. | Certified SVC<br>1733 Washington St<br>Waukegan, IL 60079<br>xxxxe000 | Unsecured Claim | $2,760.60 |
| 26. | Chase<br>PO Box 15153<br>Wilmington, DE 19886-5153<br>xxxx-xxxx-xxxx-2121 | Unsecured Claim | $1,078.74 |
| 27. | Chase<br>PO Box 15153<br>Wilmington, DE 19886-5153<br>xxxx-xxxx-xxxx-3299 | Unsecured Claim | $980.00 |
| 28. | Citgo<br>Po Box 689095<br>Des Moines IA 50368-9095<br>511-099-988 | Unsecured Claim | $536.53 |
| 29. | Citi bank<br>PO Box 6000<br>The Lakes, NV 89163<br>xxxx-xxxx-xxxx-4721 | Unsecured Claim | $1,944.27 |
| 30. | Collectcorp<br>PO BOX 101928<br>Dept. 4947A<br>Birmingham AL 35210<br>xxxx-xxxx-xxxx-2910 | Unsecured Claim | $2,151.54 |
| 31. | Creditors Collection Services<br>xxxxxxxx5052 | Unsecured Claim | $80.00 |
| 32. | Equable Ascent Financial LLC<br>1120 W Lake Cook Road<br>Suite B<br>Buffalo Grove IL 60089<br>xxx7427 | Unsecured Claim | $537.00 |
| 33. | Fhut/Metbk<br>6250 Ridgewood Rd<br>St Cloud MN 56003<br>6276456018062198 | Unsecured Claim | $610.00 |

in re:   **Denise M Thornton**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 34. FIA Card Services<br>www.FIAEasyPay.com<br>4888-9301-2087-8365 | Unsecured Claim | $2,064.00 |
| 35. Fingerhut<br>PO Box 166<br>Newark NJ 07101-0166<br>6276-4560-1806-2198 | Unsecured Claim | $610.32 |
| 36. First financial Asset Management<br>PO Box 56245<br>xxx9057 | Unsecured Claim | $619.87 |
| 37. First National Collection Bureau, Inc.<br>610 Waltham Way,<br>Sparks, NV 89434<br>xxx1358 | Unsecured Claim | $242.39 |
| 38. Fma Alliance LTD<br>11811 N. freeway Suite 900<br>Houston TX 77060<br>5401-6830-3625-3299 | Unsecured Claim | $980.40 |
| 39. Harris & Harris LTD<br>222 Merchandise Mart Plaza,  suite 1900<br>Chicago, IL 60654<br>616510160 | Unsecured Claim | $2,344.70 |
| 40. Home Depot Credit Services<br>PO Box 689100<br>Des Moines, IA 50368-9100<br>xxxxxxxxxxxx6113 | Unsecured Claim | $1,541.69 |
| 41. HR Accounts<br>360 Miller Rd<br>Hiawatha IA 52233<br>xxx6478 | Unsecured Claim | $80.00 |
| 42. HR Accounts Inc<br>7017 John Deere Pkwy<br>Moline, IL 61266-0672<br>xxx6638 | Unsecured Claim | $820.80 |

in re:  **Denise M Thornton**

| | Debtor | | Case No. (if known) |
| --- | --- | --- | --- |
| Creditor name and mailing address | Category of claim | | Amount of claim |
| 43.  HR Accounts Inc<br>7017 John Deere Pkwy<br>Moline, IL 61266-0672<br>4333462 | Unsecured Claim | | $883.86 |
| 44.  HSBC Card Services<br>PO BOX 17051<br>Baltimore, MD 21297-1051<br>5491-1000-1609-9700 | Unsecured Claim | | $296.97 |
| 45.  HSBC Card Services<br>PO BOX 17051<br>Baltimore, MD 21297-1051<br>4663-04000242-4873 | Unsecured Claim | | $341.87 |
| 46.  Hsbc Services<br>PO Box 17051<br>Baltimore MD 21297-1051<br>xx5159 | Unsecured Claim | | $590.07 |
| 47.  Jacob Collection Group, LLC<br>2623 West Oxford Loop<br>Oxford MS 38655.5442<br>xx0284 | Unsecured Claim | | $374.73 |
| 48.  JC Penney<br>PO Box 960090<br>Orlando FL 32896.0090<br>xxx-xxx-967-8 | Unsecured Claim | | $619.06 |
| 49.  KCA Financial Svcs<br>628 North St<br>Geneva, IL 60134<br>xx1984 | Unsecured Claim | | $100.00 |
| 50.  Lake/McHenry Pathology Associates<br>520 E 22nd Street<br>Lombard IL 60148<br>xxx-x-xxxxxx0103 | Unsecured Claim | | $241.00 |
| 51.  LTD Financial Services, LP<br>7322 Southwest Freeway, Suite 1600<br>Houston, TX 77074<br>xxxxxxxxxxxxxx6113 | Unsecured Claim | | $1,541.69 |

in re:   **Denise M Thornton**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 52. Meijer<br>Po Box 960015<br>Orlando FL 32896-0015<br>6005065012683459 | Unsecured Claim | $445.07 |
| 53. Mercy Health System<br>100 Mineral Point Ave<br>Janesville WI 53548<br>xxxx-9275 | Unsecured Claim | $150.00 |
| 54. Meyer & NJUS, P.A.<br>1100 U.S. Bank Plaza<br>200 South Sixth Street<br>Minneapolis, Minnesota 55402<br>xxxxx8073 | Unsecured Claim | $619.06 |
| 55. Midland Credit Management, Inc<br>5575 Roscoe Court<br>San Diego Ca 91823<br>xxxxxx0482 | Unsecured Claim | $2,687.61 |
| 56. Midland Credit Management, Inc<br>5575 Roscoe Court<br>San Diego CA 91823<br>xxxxxx5017 | Unsecured Claim | $1,057.88 |
| 57. Midland Credit Management, Inc<br>5575 Roscoe Court<br>San Deigo, CA 91823<br>8538187272 | Unsecured Claim | $1,051.87 |
| 58. Midland Credit Management, Inc<br>PO Box 60578<br>Los Angeles, CA 90060.0578<br>xxxxxx5017 | Unsecured Claim | $1,052.42 |
| 59. Monarch Recovery Managment, Inc.<br>10965 Decatur Road<br>Philadelphia PA 19154.3210<br>xxxxxxxxxxxx4146 | Unsecured Claim | $276.42 |
| 60. Nars Call Center Solution<br>PO Box 701<br>Chesterfield Mo 63006-0701<br>xxxxx7427 | Unsecured Claim | $536.53 |

in re:   **Denise M Thornton**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 61. National Asset Management, LLC<br>PO Box 840<br>Moon Twp PA 15108<br>xxxxxx3909 | Unsecured Claim | $597.91 |
| 62. National credit Adjustment<br>327 W 4th Ave<br>Hutchinson KS 67501<br>4663-0400-0242-4873 | Unsecured Claim | $861.00 |
| 63. National Enterprise Systems (NES)<br>29125 Solon Road<br>Solon OH 44139.3442<br>xxxx-xxxx-xxxx-8365 | Unsecured Claim | $2,151.54 |
| 64. NCO FIN/02<br>507 Prudential Road<br>Horsham, PA 19044<br>706225000324 | Unsecured Claim | $165.00 |
| 65. NCO Financial Systems Inc<br>PO BOX 4906<br>Trenton NJ 08650<br>xxxxxxxxxxxx3459 | Unsecured Claim | $435.00 |
| 66. Northstar Location Services<br>4285 Genesee Street<br>Cheektowaga NY 14225-1943<br>xxxx-xxxx-xxxx-2121 | Unsecured Claim | $1,051.44 |
| 67. Portfolio Recovery Associates<br>120 Corporate Boulevard<br>suite 100<br>Norfolk, VA 23502<br>xxxxxxxxxxxx9678 | Unsecured Claim | $659.00 |
| 68. Redline Recovery Services<br>11675 Rainwater Dr Ste 350<br>Alpharetta GA 30009-8693<br>xxxx7805 | Unsecured Claim | $185.96 |
| 69. Resurgence Legal Group PC<br>1161 Lake cook Rd Suite E<br>Deerfield Il 60015<br>5401-6830-3625-3299 | Unsecured Claim | $1,075.08 |

in re:   **Denise M Thornton**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 70.   Sentry Credit, Inc.<br>2809 Grand Avenue<br>Everett WA 98201<br>xxxx6331 | Unsecured Claim | $2,361.12 |
| 71.   Shell<br>PO Box 183018<br>Columbus OH 43218-3018<br>xxx-xx6-548 | Unsecured Claim | $954.31 |
| 72.   State Collection Services<br>2509 S Stoughton Rd<br>Madison, WI 53716<br>xxxxx9917 | Unsecured Claim | $100.00 |
| 73.   Swiss Colony Inc<br>1112 7th Ave Monroe WI 53566<br>875745614 | Unsecured Claim | $608.00 |
| 74.   Town Square Anesthesia LLC<br>39317<br>Treasury Center<br>Chicago IL 60694-9300<br>xxx-x-xxxxxx1984 | Unsecured Claim | $124.80 |
| 75.   Walmart<br>PO Box 530927<br>Atlanta GA 30353-0927<br>xxxxxxxxxxxx4146 | Unsecured Claim | $242.06 |
| 76.   Wam com<br>2221 New Market prkwy<br>Marietta Ga 30067<br>xxx2849 | Unsecured Claim | $4,150.00 |
| 77.   Wellington radiology Group, SC/GSR<br>39006 Treasury center<br>Chicago, IL 60694-9000<br>xxxx*xxx873.1 | Unsecured Claim | $80.00 |
| 78.   Weltman, Weinberg & Reis Co., LPA<br>323 W Lakeside Ave, ste# 200<br>Cleveland, OH 44113-1099<br>xxxxx2890 | Unsecured Claim | $2,183.50 |

in re:    **Denise M Thornton**

Debtor                                                    Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, **Denise M Thornton**                                                                              ,

named as debtor in this case, declare under penalty of perjury that I have read the foregoing    *Numbered Listing of Creditors,*

consisting of ___10___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.

the best of my information and belief.

Debtor: _Denise M. Thornton_          Date: _10-18-2011_

**Denise M Thornton**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Denise M Thornton**

CASE NO.

CHAPTER   7

## Certificate of Service

---

02645-ILN-CC-016078526

| | | |
|---|---|---|
| The Swiss Colony<br>xxxxxxxxx284A<br>1112 7th Ave<br>Monroe WI 53566-1364 | Alliance One<br>xxxx2594<br>4850Street Rd Level C<br>Trevose PA 19053 | Bank of America<br>2457<br>400 Christiana Road<br>Newark, DE 19713 |
| AAC<br>112683123<br>7027 Miller Road<br>Warren MI 48092 | Allied Interstate, Inc<br>a55078590/p4622520<br>3000 Corporate Exchange Dr<br>Columbus, OH 43231 | Basudeb Saha MD SC<br>4318 W Crystal Lake Rd #L<br>McHenry IL 60050-4210 |
| AAMS LLC / Medical Collection<br>xx5590<br>4800 Mills Civic Parkway<br>West Des Moines IA 50265 | American General Fin<br>xxxx6331<br>7245 W 87th St Unit 4<br>Bridgeview IL 60455 | CAC Financial Corp<br>xxxxxx31-41<br>2601 NW Exprswy, Ste 1000 E<br>Oklahoma City OK 73112.7236 |
| AAMS LLC / Medical Collection<br>xx1072<br>4800 Mills Civic Parkway<br>West Des Moines IA 50265 | AR Concepts Inc<br>xx4402<br>33 W Higgins Rd, Suite 715<br>South Barrington IL 60010 | Capital Management Services, LP<br>xxx6412<br>726 Exchange Street, suite 700<br>Buffalo, NY 14210 |
| Academy Collection Services<br>xxxxxxxxxxx4146<br>10965 Decatur Rd<br>Philadelphia PA 19154-3210 | Bank of America<br>xxxx-xxxx-xxxx-4239<br>PO Box 15726<br>Wilmington, DE 19886-5726 | Capital Management Services, LP<br>7099511099988<br>726 Exchange Street, suite 700<br>Buffalo, NY 14210 |
| Account Control Systems Inc<br>xx0305<br>148 Veterans Drive Suite D<br>Northvale NJ 07647-2311 | Bank of America<br>4888-9210-1231-8867<br>PO Box 15726<br>Wilmington, DE 19886-5726 | Capital Management Services, LP<br>xxxx-xxxx-xxxx-8867<br>726 Exchange Street, suite 700<br>Buffalo, NY 14210 |
| Advanced Surg Care<br>130456<br>802 Fox Glen<br>Barrington IL 60010-1860 | Bank of America<br>xxxx-xxxx-xxxx-8365<br>PO Box 15726<br>Wilmington, DE 19886-5726 | CBE Group<br>xxxxx9988<br>131 Towe Park Dr, ste 1<br>Waterloo, IA 50702 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Denise M Thornton**

CASE NO.

CHAPTER   7

## Certificate of Service

(Continuation Sheet #1)

---

CBHV
xxxxxxxx484a
PO Box 3495
Toledo OH 43607

Citi bank
xxxx-xxxx-xxxx-4721
PO Box 6000
The Lakes, NV 89163

Fingerhut
6276-4560-1806-2198
PO Box 166
Newark NJ 07101-0166

Centegra Hospital - McHenry
xxxxxxx0255
PO Box 1447
Woodstock, IL 60098-1447

Collectcorp
xxxx-xxxx-xxxx-2910
PO BOX 101928
Dept. 4947A
Birmingham AL 35210

First financial Asset Management
xxx9057
PO Box 56245

Centegra Hospital - McHenry
xxxxxxx0153
PO Box 1447
Woodstock, IL 60098-1447

Creditors Collection Services
xxxxxxxx5052

First National Collection Bureau, Inc.
xxx1358
610 Waltham Way,
Sparks, NV 89434

Certified SVC
xxxxe000
1733 Washington St
Waukegan, IL 60079

Denise M Thornton
9806 Prarie Ridge Blvd
Apt, GB
Richmond IL 60071

Fma Alliance LTD
5401-6830-3625-3299
11811 N. freeway Suite 900
Houston TX 77060

Chase
xxxx-xxxx-xxxx-2121
PO Box 15153
Wilmington, DE 19886-5153

Equable Ascent Financial LLC
xxx7427
1120 W Lake Cook Road
Suite B
Buffalo Grove IL 60089

Harris & Harris LTD
616510160
222 Merchandise Mart Plaza,  suite 1900
Chicago, IL 60654

Chase
xxxx-xxxx-xxxx-3299
PO Box 15153
Wilmington, DE 19886-5153

Fhut/Metbk
6276456018062198
6250 Ridgewood Rd
St Cloud MN 56003

Home Depot Credit Services
xxxxxxxxxxx6113
PO Box 689100
Des Moines, IA 50368-9100

Citgo
511-099-988
Po Box 689095
Des Moines IA 50368-9095

FIA Card Services
4888-9301-2087-8365
www.FIAEasyPay.com

HR Accounts
xxx6478
360 Miller Rd
Hiawatha IA 52233

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Denise M Thornton**

CASE NO.

CHAPTER   7

## Certificate of Service

(Continuation Sheet #2)

---

HR Accounts Inc
xxx6638
7017 John Deere Pkwy
Moline, IL 61266-0672

KCA Financial Svcs
xx1984
628 North St
Geneva, IL 60134

Midland Credit Management, Inc
xxxxxx5017
5575 Roscoe Court
San Diego CA 91823

HR Accounts Inc
4333462
7017 John Deere Pkwy
Moline, IL 61266-0672

Lake/McHenry Pathology Associates
xxx-x-xxxxxx0103
520 E 22nd Street
Lombard IL 60148

Midland Credit Management, Inc
8538187272
5575 Roscoe Court
San Deigo, CA 91823

HSBC Card Services
5491-1000-1609-9700
PO BOX 17051
Baltimore, MD 21297-1051

LTD Financial Services, LP
xxxxxxxxxxxxxx6113
7322 Southwest Freeway, Suite 1600
Houston, TX 77074

Midland Credit Management, Inc
xxxxxx5017
PO Box 60578
Los Angeles, CA 90060.0578

HSBC Card Services
4663-04000242-4873
PO BOX 17051
Baltimore, MD 21297-1051

Meijer
6005065012683459
Po Box 960015
Orlando FL 32896-0015

Monarch Recovery Managment, Inc.
xxxxxxxxxxxx4146
10965 Decatur Road
Philadelphia PA 19154.3210

Hsbc Services
xx5159
PO Box 17051
Baltimore MD 21297-1051

Mercy Health System
xxxx-9275
100 Mineral Point Ave
Janesville WI 53548

Nars Call Center Solution
xxxxx7427
PO Box 701
Chesterfield Mo 63006-0701

Jacob Collection Group, LLC
xx0284
2623 West Oxford Loop
Oxford MS 38655.5442

Meyer & NJUS, P.A.
xxxxx8073
1100 U.S. Bank Plaza
200 South Sixth Street
Minneapolis, Minnesota 55402

National Asset Management, LLC
xxxxx3909
PO Box 840
Moon Twp PA 15108

JC Penney
xxx-xxx-967-8
PO Box 960090
Orlando FL 32896.0090

Midland Credit Management, Inc
xxxxxx0482
5575 Roscoe Court
San Diego Ca 91823

National credit Adjustment
4663-0400-0242-4873
327 W 4th Ave
Hutchinson KS 67501

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:   **Denise M Thornton**

CASE NO.

CHAPTER   **7**

### Certificate of Service

(Continuation Sheet #3)

---

National Enterprise Systems (NES)
xxxx-xxxx-xxxx-8365
29125 Solon Road
Solon OH 44139.3442

Sentry Credit, Inc.
xxxx6331
2809 Grand Avenue
Everett WA 98201

Wellington radiology Group, SC/GSR
xxxx*xxx873.1
39006 Treasury center
Chicago, IL 60694-9000

NCO FIN/02
706225000324
507 Prudential Road
Horsham, PA 19044

Shell
xxx-xx6-548
PO Box 183018
Columbus OH 43218-3018

Weltman, Weinberg & Reis Co., LPA
xxxxx2890
323 W Lakeside Ave, ste# 200
Cleveland, OH 44113-1099

NCO Financial Systems Inc
xxxxxxxxxxxx3459
PO BOX 4906
Trenton NJ 08650

State Collection Services
xxxxx9917
2509 S Stoughton Rd
Madison, WI 53716

Northstar Location Services
xxxx-xxxx-xxxx-2121
4285 Genesee Street
Cheektowaga NY 14225-1943

Swiss Colony Inc
875745614
1112 7th Ave Monroe WI 53566

Portfolio Recovery Associates
xxxxxxxxxxxx9678
120 Corporate Boulevard
suite 100
Norfolk, VA 23502

Town Square Anesthesia LLC
xxx-x-xxxxx1984
39317
Treasury Center
Chicago IL 60694-9300

Redline Recovery Services
xxxx7805
11675 Rainwater Dr Ste 350
Alpharetta GA 30009-8693

Walmart
xxxxxxxxxxxx4146
PO Box 530927
Atlanta GA 30353-0927

Resurgence Legal Group PC
5401-6830-3625-3299
1161 Lake cook Rd Suite E
Deerfield Il 60015

Wam com
xxx2849
2221 New  Market prkwy
Marietta Ga 30067